AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>YOUNG, H. DAVID | 2. Court or Organization<br><br>E.D. OF ARKANSAS | 3. Date of Report<br><br>05/11/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. MAGISTRATE JUDGE (FT) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>500 W. Capitol Ave., Suite C255<br>Little Rock, AR 72201 | **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.* | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| YOUNG, H. DAVID | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PARTNERSHIP INTERESTS | | | | | | | | | |
| 2. Ark. Pit & Quarry | B | In/roy | J | U | | | | | |
| 3. Cross County Gravel Co. | A | Interest | J | U | | | | | |
| 4. Rock Island Gravel Co. | A | Interest | J | U | | | | | |
| 5. McGeorge Equipment Rental | D | In/roy | K | U | | | | | |
| 6. STOCKS | | | | | | | | | |
| 7. McGeorge Contracting Co.,Inc | G | Dividend | N | W | | | | | |
| 8. Pine Bluff Sand & Gravel Co. | E | Dividend | N | W | | | | | |
| 9. Cornerstone Farm & Gin Co. | D | Dividend | M | W | | | | | |
| 10. Standard Investment Co. | D | Dividend | M | W | | | | | |
| 11. TRUST | | | | | | | | | |
| 12. Simmons 1st Nat'l Bank | G | Div/Int | O | W | | | | | |
| 13. ASSETS | | | | | | | | | |
| 14. (1) bank acct.- Simmons 1st National Bank, ▓▓▓ | | | | | | | | | |
| 15. (2) stock in Pine Bluff Sand and Gravel Co. | | | | | | | | | |
| 16. (3) stock in McGeorge Contracting Co. | | | | | | | | | |
| 17. (4) 1/6 interest in 652 acres of land - Jefferson Co., AR | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. TRUST | | | | | | | | | |
| 19. Simmons 1st Nat'l Bank, Trustee - est. 12/10/76 | D | Dividend | M | W | | | | | |
| 20. ASSETS | | | | | | | | | |
| 21. (1) bank acct.-Simmons 1st National Bank, ▨ | | | | | | | | | |
| 22. (2) stock in McGeorge Contracting Co. | | | | | | | | | |
| 23. (3) stock in Pine Bluff Sand & Gravel Co. | | | | | | | | | |
| 24. (4) U.S. Treasury Bill - 20,000 | | | | | | | | | |
| 25. MISC. STOCKS & BONDS | | | | | | | | | |
| 26. Exxon Corp. | A | Dividend | | | Donated | | | | |
| 27. Fidelity Adv. Tech. Fund | A | Dividend | K | T | | | | | |
| 28. Sterne Agee Money Mkt Fund | E | Interest | P1 | T | | | | | |
| 29. Gen. Elec. | A | Dividend | J | T | | | | | |
| 30. Texas Instruments | A | Dividend | J | T | | | | | |
| 31. Wal-Mart | A | Dividend | L | T | | | | | |
| 32. Virtus Oppty Trust Fund | A | Int./Div. | K | T | | | | | |
| 33. Virtus Opportunities Trust Global Fund | A | Int./Div. | K | T | Buy | 5/24/11 | K | | |
| 34. EMC Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| YOUNG, H. DAVID | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Cisco Systems | A | Dividend | J | T | | | | | |
| 36. Simmons First National Bank | A | Dividend | J | T | | | | | |
| 37. 1/3 int. in real estate in Pine Bluff, AR | | None | M | W | | | | | |
| 38. 1/6 int. in 677.12 acres in Ark. Co. AR | | None | L | W | | | | | |
| 39. International Paper Co. | A | Dividend | K | T | | | | | |
| 40. TRUST No. 2 AT Bank of America | D | Interest | N | T | | | | | |
| 41. Columbia Tax Exempt Fund (nowBank of Am Reserves Trust Class | A | Interest | J | T | | | | | |
| 42. Columbia Lge Cap Fd | A | Dividend | J | T | | | | | |
| 43. Columbia Inter. Mun Bd | A | Dividend | J | T | | | | | |
| 44. Columbia Sm Cap Val | A | Dividend | J | T | | | | | |
| 45. Columbia Inter. Eq | A | Dividend | K | T | | | | | |
| 46. Columbia Midcap value | A | Dividend | J | T | | | | | |
| 47. Columbia Short Term Mun Inc Fund | A | Dividend | M | T | | | | | |
| 48. Columbia Acorn Fund | A | Dividend | J | T | | | | | |
| 49. Credit Suisse Commodity Return | A | Dividend | J | T | | | | | |
| 50. Anniston Al Reg Med | A | Interest | | | Redeemed | 9/21/11 | K | A | |
| 51. IShares MSCI Emging Mkt | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| YOUNG, H. DAVID | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. JeffersonCtyHospRev | C | Interest | L | T | | | | | |
| 53. Centerton Ark MunDistNo 3 | A | Interest | L | T | | | | | |
| 54. NLRARHFBrdHlth | C | Interest | L | T | | | | | |
| 55. Univ of Ark Univ Revs | A | Interest | | | Redeemed | 11/1/11 | K | A | |
| 56. SW Rural Dev Auth | A | Interest | K | T | Redeemed (part) | 6/1/11 | J | A | |
| 57. Ark St Dev Fin Auth Constr | A | Interest | L | T | | | | | |
| 58. Fayetteville Ar School | A | Interest | L | T | | | | | |
| 59. Gentry Ar School | A | Interest | M | T | | | | | |
| 60. Paris Ar School | A | Interest | L | T | | | | | |
| 61. Elkins Ar Sch Dist | A | Interest | | | Redeemed | 6/1/11 | J | A | |
| 62. Birmingham, Al wtrwrks | A | Interest | K | T | | | | | |
| 63. Brazos Rvr Auth Tex Rev | A | Interest | L | T | | | | | |
| 64. Brookland Ar Sch | A | Interest | L | T | | | | | |
| 65. Coppell Tx Recr | A | Interest | J | T | | | | | |
| 66. Heber Springs AR Sales & Use Tax | A | Interest | K | T | Buy | 3/14/11 | K | | |
| 67. Indep Cty AR Pub Hlth | A | Interest | L | T | Buy | 5/20/11 | L | | |
| 68. West Mem Ark Resid | A | Interest | | | Redeemed | 9/1/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Ark St Com Water | A | Interest | | | Redeemed | 12/11/11 | J | A | |
| 70. Univ Ark Rev UALR Stdnt | A | Interest | J | T | | | | | |
| 71. Ark St Dev Fin Auth AGYS | A | Interest | K | T | | | | | |
| 72. Ark St Dev Fin Auth Mt Magazine | A | Interest | J | T | Buy | 10/14/11 | J | | |
| 73. Ark StDevFinAuth CorrFac | B | Interest | L | T | | | | | |
| 74. MagnoliaArkSales | B | Interest | K | T | Redeemed (part) | 8/1/11 | J | A | |
| 75. Puerto Rico Cmmnwealth | A | Interest | K | T | | | | | |
| 76. ArkStDevFin Single Fam | B | Interest | | | Redeemed | 10/3/11 | K | A | |
| 77. NevadaSt RFDG DrkWater | B | Interest | | | Redeemed | 8/1/11 | L | A | |
| 78. Conway AR | A | Interest | K | T | Redeemed (part) | 10/3/11 | M | A | |
| 79. UnivArk Univ REVS RFDG | A | Interest | | | Redeemed | 11/1/11 | K | A | |
| 80. Batesville Ark Sch Dist | A | Interest | | | Redeemed | 2/2/11 | K | A | |
| 81. TRUST No. 1 @ Bank of America | | | | | | | | | |
| 82. TRUST ACCT. AT Bank of America | E | Indiv | O | T | | | | | |
| 83. Bank of A Res Class Trust Fund formally Col Tax Exempt Fund | C | Interest | L | T | | | | | |
| 84. IBM | A | Dividend | K | T | | | | | |
| 85. General Electric | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| YOUNG, H. DAVID | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Baxter Co. Hospital | C | Interest | K | T | | | | | |
| 87. Columbia Managed Small Cap. | A | Interest | J | T | | | | | |
| 88. Cisco Sys. Inc. | A | Dividend | J | T | | | | | |
| 89. Citigroup, Inc. | A | Dividend | J | T | | | | | |
| 90. Columbia Div Inc Fund | A | Dividend | K | T | | | | | |
| 91. Columbia Select Lg Cap | A | Dividend | K | T | | | | | |
| 92. IShares MSCI Emging Mkt | A | Dividend | K | T | | | | | |
| 93. Exxon-Mobil Corp. | A | Dividend | K | T | | | | | |
| 94. Pepsico | A | Dividend | J | T | | | | | |
| 95. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 96. AT & T | A | Dividend | J | T | | | | | |
| 97. Wells Fargo | A | Dividend | J | T | | | | | |
| 98. Microsoft | A | Dividend | K | T | | | | | |
| 99. CocaCola | A | Dividend | J | T | | | | | |
| 100. Dell Comp | A | Dividend | J | T | | | | | |
| 101. Pfizer | A | Dividend | J | T | | | | | |
| 102. Novartis | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| YOUNG, H. DAVID | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Macy's | A | Dividend | J | T | | | | | |
| 104.  Coach | A | Dividend | J | T | | | | | |
| 105.  Smucker's | A | Dividend | J | T | | | | | |
| 106.  LR Ark Cap Imp Dist | B | Interest | K | T | | | | | |
| 107.  Columbia Int'l Value | A | Dividend | K | T | | | | | |
| 108.  Columbia InterMed Bd | A | Dividend | M | T | | | | | |
| 109.  Columbia MidCap Growth | A | Dividend | K | T | | | | | |
| 110.  Columbia MidCap Value | A | Dividend | K | T | | | | | |
| 111.  Columbia Marisco Growth Fund | A | Dividend | J | T | | | | | |
| 112.  Johnson & Johnson | A | Dividend | J | T | | | | | |
| 113.  LR Ark Swr Rev Constr Ser A | A | Interest | | | Redeemed | 6/1/11 | J | A | |
| 114.  Springdale Ark Sales Use REV RFDG | C | Interest | K | T | Redeemed (part) | 07/01/11 | J | A | |
| 115.  LR Ark Sewer Rev Constr Ser A | A | Interest | J | T | | | | | |
| 116.  Rogers Ark SWR Rev Impt | B | Interest | L | T | | | | | |
| 117.  LR Ark INDL Dev Rev | B | Interest | K | T | | | | | |
| 118.  Ark St Dev Fin Auth Rev St Agen | B | Interest | K | T | | | | | |
| 119.  Jeff Cty Ark Pol CTL | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Ark St. Univ RFDG Constr-HSG SYS | A | Interest | J | T | | | | | |
| 121. LR Ar Hlth Fac | A | Interest | J | T | | | | | |
| 122. Indep Cty Ark Pol Ctl | B | Interest | K | T | | | | | |
| 123. Ark St Dev Fin Auth Pub Purp Rev | A | Interest | K | T | | | | | |
| 124. Birmingham Al wtrwrks | A | Interest | L | T | | | | | |
| 125. Marshall City Al Health | A | Interest | K | T | | | | | |
| 126. Texas Wtr Dev | A | Interest | K | T | | | | | |
| 127. Texas St PFA Bldg | A | Interest | K | T | | | | | |
| 128. Heber Sprgs Ark Hosp Hlth Care | B | Interest | K | T | | | | | |
| 129. GMAC Corp Note | A | Interest | | | Redeemed | 9/15/11 | J | A | |
| 130. Van Buren Ar Schl Dist | B | Interest | K | T | Buy | 3/15/11 | K | | |
| 131. Morgan Stanley Group Global NT corp bond | A | Interest | J | T | | | | | |
| 132. Bank of America | A | Dividend | J | T | | | | | |
| 133. Regions Fin Corp | A | Dividend | J | T | | | | | |
| 134. Simmons First | A | Dividend | J | T | | | | | |
| 135. Windstream Corp | A | Dividend | J | T | | | | | |
| 136. Fidelity Advisor New Insights Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| YOUNG, H. DAVID | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Fidelity Advisor Eq Inc CL 1 | C | Int./Div. | | | Sold | 5/9/11 | M | A | |
| 138. Puerto Rico Elec Power | B | Interest | | | Redeemed | 7/1/11 | K | A | |
| 139. Univ Cent Ark Rev RFDG Student | C | Interest | L | T | | | | | |
| 140. Fayetteville Ar Sch | A | Interest | K | T | | | | | |
| 141. Fayetteville Ar Sch | A | Interest | K | T | | | | | |
| 142. Gentry Ar Sch | A | Int./Div. | L | T | | | | | |
| 143. Virtus Oppty Trust | A | Interest | J | T | | | | | |
| 144. Virtus Opportunities Trust Allecdor | A | Interest | K | T | Buy | 5/9/11 | K | | |
| 145. First Trust Unit 3100 | A | Interest | K | T | Buy | 7/26/11 | K | | |
| 146. First Trust Unit 3289 | A | Interest | J | T | Buy | 12/20/11 | J | | |
| 147. AETNA | A | Dividend | | | Buy | 7/19/11 | J | | |
| 148. AETNA | | | | | Sold | 8/3/11 | J | A | |
| 149. Agilent Tech | A | Dividend | | | Buy | 7/13/11 | J | | |
| 150. Agilent Tech | | | | | Sold | 8/2/11 | J | A | |
| 151. Alexion Pharm | A | Dividend | | | Buy | 5/1/11 | J | | |
| 152. Alexion Pharm | | | | | Sold | 8/1/11 | J | A | |
| 153. Amerigroup Corp | A | Dividend | | | Buy | 6/28/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| YOUNG, H. DAVID | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Amerigroup Corp | | | | | Sold | 8/1/11 | J | A | |
| 155. Apple | A | Dividend | | | Buy | 5/10/11 | J | | |
| 156. Apple | | | | | Sold | 8/5/11 | J | A | |
| 157. ARM Hldgs | A | Dividend | | | Buy | 7/20/11 | J | | |
| 158. ARM Hldgs | | | | | Sold | 8/5/11 | J | A | |
| 159. Autodesk | A | Dividend | | | Buy | 5/5/11 | J | | |
| 160. Autodesk | | | | | Sold | 6/8/11 | J | A | |
| 161. Baidu Inc | A | Dividend | | | Buy | 9/14/11 | J | | |
| 162. Baidu Inc | | | | | Sold | 9/22/11 | J | A | |
| 163. Canadian Natl Railway | A | Dividend | | | Buy | 7/13/11 | J | | |
| 164. Canadian Natl Railway | | | | | Sold | 8/9/11 | J | A | |
| 165. Capitla One | A | Dividend | | | Buy | 6/1/11 | J | | |
| 166. Capital One | | | | | Sold | 6/15/11 | J | A | |
| 167. Caterpillar Inc | A | Dividend | | | Buy | 7/6/11 | J | | |
| 168. Caterpillar, Inc | | | | | Sold | 8/4/11 | J | A | |
| 169. Chipotle Mex Grill | A | Dividend | | | Buy | 5/5/11 | J | | |
| 170. Chipotle Mex Grill | | | | | Sold | 5/26/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Companhia de Bebidas | A | Dividend | | | Buy | 7/5/11 | J | | |
| 172. Companhia de Bebidas | | | | | Sold | 7/29/11 | J | A | |
| 173. Disney | A | Dividend | | | Buy | 5/5/11 | J | | |
| 174. Disney | | | | | Sold | 6/3/11 | J | A | |
| 175. Du Pont | A | Dividend | | | Buy | 5/5/11 | J | | |
| 176. Du Pont | | | | | Sold | 6/6/11 | J | A | |
| 177. Halliburton | A | Dividend | | | Buy | 7/7/11 | J | | |
| 178. Haliburton | | | | | Sold | 8/8/11 | J | A | |
| 179. Illumina | A | Dividend | | | Buy | 5/5/11 | J | | |
| 180. Illumina | | | | | Sold | 7/28/11 | J | A | |
| 181. Intuitive Surgical | A | Dividend | | | Buy | 5/13/11 | J | | |
| 182. Intuitive Sugical | | | | | Sold | 6/15/11 | J | A | |
| 183. Liberty Global | A | Dividend | | | Buy | 5/31/11 | J | | |
| 184. Liberty Global | | | | | Sold | 6/15/11 | J | A | |
| 185. Limited Brands | A | Dividend | | | Buy | 7/19/11 | J | | |
| 186. Limited Brands | | | | | Sold | 8/9/11 | J | A | |
| 187. Lululemon Ath | A | Dividend | | | Buy | 11/15/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| YOUNG, H. DAVID | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Lululemon Ath | | | | | Sold | 12/1/11 | J | A | |
| 189. Metropcs Comm | A | Dividend | | | Buy | 6/2/11 | J | | |
| 190. Metropcs Comm | | | | | Sold | 8/3/11 | J | A | |
| 191. Netflix | A | Dividend | | | Buy | 5/5/11 | J | | |
| 192. Netflix | | | | | Sold | 5/26/11 | J | A | |
| 193. Netflix | A | Dividend | | | Buy | 5/5/11 | J | | |
| 194. Netflix | | | | | Sold | 8/22/11 | J | A | |
| 195. Peabody Energy | A | Dividend | | | Buy | 5/5/11 | J | | |
| 196. Peabody Energy | | | | | Sold | 5/12/11 | J | A | |
| 197. Priceline | A | Dividend | | | Buy | 5/5/11 | J | | |
| 198. Priceline | | | | | Sold | 8/19/11 | J | A | |
| 199. Teradata Corp | A | Dividend | | | Buy | 7/21/11 | J | | |
| 200. Teradata Corp | | | | | Sold | 8/19/11 | J | A | |
| 201. Union Pacific | A | Dividend | | | Buy | 5/5/11 | J | | |
| 202. Union Pacific | | | | | Sold | 8/5/11 | J | A | |
| 203. Unitedhealth Group | A | Dividend | | | Buy | 9/15/11 | J | | |
| 204. Unitedhealth Group | | | | | Sold | 10/4/11 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Vmware Inc | A | Dividend | | | Buy | 11/14/11 | J | | |
| 206. Vmware Inc | | | | | Sold | 12/21/11 | J | A | |
| 207. Wynn Resorts Limited | A | Dividend | | | Buy | 6/1/11 | J | | |
| 208. Wynn Resorts Limited | | | | | Sold | 9/30/11 | J | A | |
| 209. IRA No. 1 | | | | | | | | | |
| 210. AIM Growth Ser Invesco Mid Cap Core equity fund | A | Int./Div. | | | Sold | 12/22/11 | J | A | |
| 211. Col Funds Series Trust 1 Energy | A | Int./Div. | | | Sold | 2/1/11 | J | A | |
| 212. Blackrcock Equity Div Fund | A | Int./Div. | J | T | | | | | |
| 213. Eagle Gr and Inc Fund | A | Int./Div. | | | Sold | 7/21/11 | J | A | |
| 214. First eagle Funds Overseas | A | Int./Div. | J | T | | | | | |
| 215. ING Mutual Funds Global real estate | A | Int./Div. | J | T | | | | | |
| 216. Mainstay Funds Large Cap Growth | A | Int./Div. | J | T | | | | | |
| 217. PIMCO Total Return Funds | A | Int./Div. | J | T | | | | | |
| 218. Pioneer Strategic Inc Fund | A | Int./Div. | J | T | | | | | |
| 219. Ridgeworth Total Return Bond Funds | A | Int./Div. | J | T | | | | | |
| 220. Royce 100 Fund Investment Class | A | Int./Div. | J | T | | | | | |
| 221. Templeton Global Invt Fund | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Thornburg Invt Intl Value Fund | A | Int./Div. | J | T | | | | | |
| 223. JP Morgan Trust II Core | A | Interest | J | T | Buy | 6/28/11 | J | | |
| 224. MFS Union Std Tr Eq Fund | A | Interest | J | T | Buy | 7/21/11 | J | | |
| 225. Northern Funds MultiManager | A | Interest | J | T | Buy | 12/22/11 | J | | |
| 226. VanEckFundsGlobalHardAssets | A | Interest | J | T | Buy | 2/1/11 | J | | |
| 227. IRA No. 2 | | | | | | | | | |
| 228. AIM Growth Ser Invesco Mid Cap Core equity fund | A | Int./Div. | | | Sold | 12/22/11 | J | A | |
| 229. Col Funds Series Trust 1 Energy | A | Int./Div. | | | Sold | 2/1/11 | J | A | |
| 230. Blackrcock Equity Div Fund | A | Int./Div. | J | T | | | | | |
| 231. Eagle Gr and Inc Fund | A | Int./Div. | | | Sold | 7/21/11 | J | A | |
| 232. First eagle Funds Overseas | A | Int./Div. | J | T | | | | | |
| 233. ING Mutual Funds Global real estate | A | Int./Div. | J | T | | | | | |
| 234. Mainstay Funds Large Cap Growth | A | Int./Div. | J | T | | | | | |
| 235. PIMCO Total Return Funds | A | Int./Div. | J | T | | | | | |
| 236. Pioneer Strategic Inc Fund | A | Int./Div. | J | T | | | | | |
| 237. Ridgeworth Total Return Bond Funds | A | Int./Div. | J | T | | | | | |
| 238. Royce 100 Fund Investment Class | A | Int./Div. | J | T | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Templeton Global Invt Fund | A | Int./Div. | J | T | | | | | |
| 240. Thornburg Invt Intl Value Fund | A | Int./Div. | J | T | | | | | |
| 241. JPMorganTrustIICoreBond | A | Interest | J | T | Buy | 6/28/11 | J | | |
| 242. MFSUnionStdTrEq | A | Interest | J | T | Buy | 7/21/11 | J | | |
| 243. NorthernFundsMultiMg MIdCap | A | Interest | J | T | Buy | 12/22/11 | J | | |
| 244. VanEckFundsGlobalHardAssets | A | Interest | J | T | Buy | 2/1/11 | J | | |
| 245. Histatek | | None | K | T | | | | | |
| 246. AMJ Corp | E | Dividend | N | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| YOUNG, H. DAVID | 05/11/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note that items on lines 147-208 will include entries consecutively for the same stock because they were bought and sold in a short amount of time. These stocks were in a managed asset account that my broker opened, but I ordered closed when I learned that the stocks would actually appear in a statement as owned by me.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ H. DAVID YOUNG**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544